1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

FILED

SEP 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8                                        )    1:08 SW 00201 CSA
   IN THE MATTER OF THE                  )    S.W. NO.
9  SEARCHES OF:                          )
                                         )    **UNDER SEAL**
10 622 KENSINGTON ST.,                   )
   DELANO, CALIFORNIA 93215              )    ORDER SEALING SEARCH WARRANT
11                                       )    AFFIDAVIT
   900 SUSAN ST. APT. 31                 )
12 DELANO, CALIFORNIA 93215              )
                                         )
13 14989 AVE. 88,                        )
   PIXLEY, CALIFORNIA                    )
14                                       )
                                         )
15 _____ )

16      The United States of America, having applied to this

17 Court, for an Order permitting it to file the search warrant

18 and applicants and affidavits in the above-entitled

19 proceedings, together with its Application to Seal, Memorandum

20 of Points and Authorities and the accompanying Declaration of

21 Stanley A. Boone, under seal, and good cause appearing

22 therefor,

23      IT IS HEREBY ORDERED that the search warrant affidavit in

24 the above-entitled proceeding, together with the Application To

25 Seal of the United States Attorney and the accompanying

26 Memorandum of Points and Authorities and Declaration of Stanley

27 //

28 //

   //

                                   1

1 | A. Boone, shall be filed with the Court <u>in</u> <u>camera</u>, under <u>seal</u>
2 | and shall not be disclosed pending further order of this court.

DATED: 9/24/08

GARY S. AUSTIN
U.S. Magistrate Judge

1